UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SPENCER

CIVIL ACTION

VERSUS

19-470-SDD-EWD

DIXON CORRECTIONAL INSTITUTE, ET AL.

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated October 7, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's federal claims in this matter are DISMISSED WITH PREJUDICE, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

**IT IS FURTHER ORDERED** that this Court declines to exercise supplemental jurisdiction over any of Plaintiff's potential State law claims, and this matter shall be CLOSED.

Signed in Baton Rouge, Louisiana the 29 day of November, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 8.